IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 4:20-cr-00231-3-DPM

BRIDGETT MARIE BEARDEN

### ORDER

Before the Court is Defendant Bridgett Marie Bearden's Motion requesting that the United States Marshal Service be directed to serve subpoenas on two witnesses to appear at a hearing pursuant to the Bail Reform Act. (Doc. No. 30.) According to the Motion, Defendant intends to raise the issue of her "medical needs"; she seeks the testimony of two nurses at the Saline County Detention Center and Defendant's medical records from the period of her detention there. (*Id*. at 1-2.) However, the Motion fails to state how the nurses' testimony and medical records bear on the issue of whether Defendant poses a risk of flight or danger to the community. Therefore, the Motion is DENIED. Defendant may proffer the information pursuant to the Bail Reform Act.

SO ORDERED this 2nd day of October 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE